NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California  92612
Telephone:  (714) 641-5100
Facsimile:  (714) 546-9035

ATTORNEY(S) FOR: Plaintiff HARCOSEMCO LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARCOSEMCO LLC <br> Plaintiff(s), <br> v. <br> HERBER AIRCRAFT SERVICE INC. <br> Defendant(s) | CASE NUMBER: <br> 2:23-cv-02717 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff HARCOSEMCO LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Transdigm Group Incorporated | Parent of Plaintiff HarcoSemco LLC |
| HarcoSemco LLC | Plaintiff |
| Herber Aircraft Service Inc. | Defendant |

April 11, 2023                             /s/ Ronald P. Oines
Date                                        Signature
                                            Ronald P. Oines

                                            Attorney of record for (or name of party appearing in pro per):

                                            Plaintiff HARCOSEMCO LLC