Joseph C. Andras (SBN 138181)
ja@maablaw.com
Joshua A. Schaul (SBN 251337)
js@maablaw.com
Myers Andras Ashman Bisol LLP
19900 MacArthur Boulevard, Suite 530
Irvine, CA 92612
Tel. (949) 223-9600

Jason A. Dickstein (Pro Hac Vice, D.C. Bar No. 486447)
jason@washingtonaviation.com
Washington Aviation Group PC And
Law Offices of Jason A. Dickstein
2233 Wisconsin Avenue, NW, Suite 503
Washington, DC 20007
Tel. (202) 628-6777

*Attorneys for Defendant and Counterclaimant*
*Herber Aircraft Service Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARCOSEMCO LLC, a Connecticut limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HERBER AIRCRAFT SERVICE INC., a California corporation,<br><br>Defendant.<br><br>And related counterclaims | Case No.: 2:23-cv-02717-AB-MAAx<br><br>DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #4 – HARCOSEMCO'S AMENDED MOTION IN LIMINE ON PATENT DAMAGES (ECF 110)<br><br>Date:      June 13, 2025<br>Time:     11:00 a.m.<br>Location: 350 West First Street<br>               Courtroom 7B<br>               Los Angeles, CA 90012<br><br>Hon. André Birotte Jr. |

1  Defendant and counterclaimant Herber Aircraft Service, Inc.
2  ("Herber") hereby opposes Plaintiff HarcoSemco LLC's ("HarcoSemco")
3  Motion in Limine #4 – HarcoSemco's Amended Motion in Limine on
4  Patent Damages (ECF 110).
5  The genesis of HarcoSemco's MIL #4, ECF 110, is its originally filed
6  MIL #3, ECF 98.[1]   In ECF 98, filed before the Court's Order re Summary
7  Judgment (ECF 107), HarcoSemco made the naked assertion that since
8  Herber did not dispute its expert's lost profits calculation, Herber
9  therefore admitted that should HarcoSemco prevail at trial, it will be
10 entitled to an award of lost profits equal to its expert's calculation.
11 HarcoSemco once again cites off-topic and non-binding authority as
12 "support" for its conclusion that Herber may not introduce evidence at
13 trial rebutting HarcoSemco's expert's opinion.  For example, the expert
14 may be questioned at trial about the fact that there is no FAA requirement
15 to install an OEM 30558-000 or a Herber 2A4524HAS.  Thus, an
16 owner/operator who does not want to do business with HarcoSemco or
17 pay HarcoSemco's high prices, can freely choose to continue maintaining
18 and re-installing any one of the predecessor harnesses in its possession
19 without buying an OEM 30558-000.
20 Moreover, in view of the Court's Order re Summary Judgment,
21 HarcoSemco filed the instant MIL seeking to preclude Herber from
22 introducing evidence challenging the availability of lost profits or the
23 amount thereof.  Herber is contemplating a Motion for Reconsideration
24 regarding the Court's Order on HarcoSemco's lost profits damages.
25 Should Herber file the contemplated motion and the Court grant same,
26 Herber reserves the right to amend its opposition to HarcoSemco's

---

[1] On may 23, 2025, HarcoSemco filed a Notice of Withdrawal of ECF No. 98.  See ECF 109.

Motion in Limine #4.

"Regardless of a court's initial decision on a motion in limine, it may revisit the issue at trial." *Gwen H. v. Foreman*, No. 2:22-cv-09241-MEMF-PD, 2025 U.S. Dist. LEXIS 48460 (C.D. Cal. Feb. 13, 2025), quoting *Luce v. United States*, 469 U.S. 38, 41-42, 105 S. Ct. 460, 83 L. Ed. 2d 443 (1984) ("[E]ven if nothing unexpected happens at trial, the district judge is free, in the exercise of sound judicial discretion, to alter a previous in limine ruling").

Dated: May 30, 2025         MYERS ANDRAS ASHMAN BISOL LLP

/s/ Joseph C. Andras
Joseph C. Andras (SBN 138181)
Joshua A. Schaul (SBN 251337)
19800 MacArthur Blvd., Ste 1070
Irvine, CA 92712
Tel. (949) 223-9600

WASHINGTON AVIATION GROUP PC AND LAW OFFICES OF JASON A. DICKSTEIN

Jason A. Dickstein (*Pro Hac Vice*)
2233 Wisconsin Avenue, NW, Suite 503
Washington, DC 20007
Tel. (202) 628-6777

*Attorneys for Defendant*
*Herber Aircraft Service Inc.*